United States District Court
Southern District of Texas
**ENTERED**
September 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 20-cr-658 |
| CHACATHRON CAHEE | § § | |

## ORDER

On this day, the Court has considered the United States' Unopposed Motion to Re-Set Disclosure and Sentencing Dates, and finding it to be meritorious, the Court GRANTS said Motion. It is therefore ORDERED that the deadlines in the Scheduling Order are continued in this matter.

**Order Resetting Presentence Investigation and Sentencing**

1. The initial presentence investigation report will be filed on <u>December 20, 2021</u>.

2. Counsel will file objections or a statement within 14 days after disclosure.

3. The final copy of the PSR will be filed with the Court 7 days prior to sentencing.

4. Sentencing is on <u>January 13, 2022</u>, at 9:00 a.m.

Signed on <u>September 29</u>, 2021, at Houston, Texas.

_____
THE HONORABLE AFRED H. BENNETT
UNITED STATES DISTRICT JUDGE