# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                             Case Number: 4:20−cr−00658

Chacathron Cahee

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/18/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

Date:   October 11, 2024

                                                                         Nathan Ochsner, Clerk