United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Cr. No. H-20-658

CHACATHRON CAHEE

## ORDER

Chacathron Cahee's Unopposed Motion to Continue Revocation Hearing is GRANTED.

The hearing is set for January 10, 2025 at 10:30 am/pm.

SIGNED at Houston, Texas, on the _____ day of NOV 2 0 2024 _____ 2024.

_____
Honorable Alfred H. Bennett
United States District Judge